John E. BRUER, respondent, v. Hiter KING, appellant. (Supreme Court, Appellate Division, Second Department. May 26, 1916.) Judgment and order of the County Court of Nassau County reversed, and new trial ordered, costs to abide the event, on the ground that the verdict is against the greater weight of the evidence. Jenks, P. J., and Thomas, Mills, Rich, and Putnam, JJ., concur.

Anthony BRUNO, respt., v. DELAWARE, LACKAWANNA & WESTERN RAILROAD COMPANY, applt. (Supreme Court, Appellate Division, Third Department. May 18, 1916.) Motion denied.

Elizabeth BRUNS, Applt., v. Raymond DOMINY, Respt. (Supreme Court, Appellate Division, First Department. June 23, 1916.) Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs. No opinion. Order filed.

In the Matter of the Application of Eliza F. BRUSH for payment on account of distributive share in the estate of Jacob J. Brush, deceased. (Supreme Court, Appellate Division, First Department. May 12, 1916.) Appeal from Special Term, New York County.

PER CURIAM. The motion should have been granted. The order appealed from is therefore reversed, with $10 costs and disbursements to the appellant against the administrator personally, and the proceeding remitted to the Surrogate's Court for further action as above indicated.

Pawel BRZOZOWSKI, respondent, v. Felix J. BRZOZOWSKI and another, defendants, and Stanislawa Szervart, appellant. (Supreme Court, Appellate Division, Second Department. June 29, 1916.) The judgment is reversed, and a new trial is granted, costs to abide the final award of costs. The proof shows that the appellant was entitled to a mortgage to the extent of $262.30. Moreover, there is no proof that the defendants Felix J. Brzozowski and his wife, Annie Brzozowski, were served or appeared, and therefore any sale of the premises might not afford a good title. Upon the new trial the court should determine whether a judgment in an action brought by the plaintiff could affect the said Annie Brzozowski, who was a tenant in the entirety. Jenks, P. J., and Thomas, Carr, Stapleton, and Putnam, JJ., concur.

James L. BULL, v. Baltrus S. YANKAUS. (Supreme Court, Appellate Division, First Department. June 30, 1916.) Application denied, with $10 costs, and stay vacated. Order signed.

In the Matter of the Application of Warren E. BURNS to strike from the registry list of the incorporated village of Long Beach the names of George F. Aitken and others. (Supreme Court, Appellate Division, Second Department. June 20, 1916.) The order so far as George F. Aitken, Max Behar, George Dugan, Lester Levy, Daniel J. Pitot, William A. Rodgers, and Benjamin Uberall are concerned, is reversed. In all other respects the order is affirmed, without costs. No opinion. Jenks, P. J., and Thomas, Carr, Rich, and Putnam, JJ., concur.

In the Matter of Gunni J. BUSCK, etc. (Supreme Court, Appellate Division, First Department. May 26, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

Arthur BUTLER, Respt., v. Edward F. MEEHAN, Applt. (Supreme Court, Appellate Division, Third Department. June 30, 1916.) Judgment and order unanimously affirmed, with costs.

Bertha BUTLER, respt., v. MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, applt. (Supreme Court, Appellate Division, Fourth Department. May 24, 1916.) Judgment and order affirmed with costs. All concur, except Lambert and Merrell, JJ., who dissent.

Thomas F. BYRNES, respondent, v. Frank J. TYLER and Frances Tyler, appellants, impleaded with others. (Supreme Court, Appellate Division, Second Department. June 9, 1916.) Judgment affirmed, with costs. No opinion. Jenks, P. J., and Thomas, Carr, Mills, and Rich, JJ., concur.

Thomas F. BYRNES, Respondent, v. Frank J. TYLER and Frances Tyler, appellants, impleaded with others. (Supreme Court, Appellate Division, Second Department. June 9, 1916.) Order denying motion to open default affirmed, with costs. No opinion. Jenks, P. J., and Thomas, Carr, Mills, and Rich, JJ., concur.

In the matter of the claim of Giuseppe CACCAVANO for compensation under the Workmen's Compensation Law, respt., v. NEW YORK, ONTARIO & WESTERN RAILWAY COMPANY, employer, applt. (Supreme Court, Appellate Division, Third Department. June 30, 1916.) Award unanimously affirmed.

Elizabeth CAFIERO, respondent, v. CITY OF NEW YORK and Brooklyn, Queens County & Suburban Railroad Company, appellant. (Supreme Court, Appellate Division, Second Department. June 16, 1916.) Judgment and orders unanimously affirmed, with costs. No opinion.

David CAHILL, Applt., v. STAR COMPANY, Respt. (Supreme Court, Appellate Division, First Department. June 9, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

Lucia C. CALVANO and one, as admrs., etc., respts., v. TOWN OF MURRAY and one, applts. (Supreme Court, Appellate Division, Fourth Department. June 15, 1916.) Judgment and order affirmed with costs. All concur.

Lucia C. CALVANO and one, as admr., etc., respts., v. TOWN OF MURRAY and one, applts. (Supreme Court, Appellate Division,

Fourth Department. July 6, 1916.) Motions for leave to appeal to Court of Appeals denied, with $10 costs.

---

William G. CAMERON v. Bernard LEVIN. (Supreme Court, Appellate Division, First Department. June 9, 1916.) Motion to dismiss appeal denied. Order filed.

---

William G. CAMERON v. Bernard LEVIN. (Supreme Court, Appellate Division, First Department. June 23, 1916.) Motion to dismiss appeal granted, with $10 costs. Order filed.

---

Kate Smith CAMMACK, Respt., v. Arthur LIPPER et al., impleaded, etc., Applts. (Supreme Court, Appellate Division, First Department. May 26, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

---

George S. CAMPANY, as admr., etc., respt., v. NEW YORK CENTRAL R. R. CO., applt. (Supreme Court, Appellate Division, Fourth Department. June 15, 1916.) Judgment and order affirmed with costs. All concur.

---

George S. CAMPANY, as admr., etc., respt., v. NEW YORK CENTRAL R. R. CO., applt. (Supreme Court, Appellate Division, Fourth Department. July 6, 1916.) Motion for leave to appeal to Court of Appeals denied, with $10 costs.

---

Herbert G. CANDEE, respt., v. George F. ROTH, as receiver of American Fruit Products Co., applt. (Supreme Court, Appellate Division, Fourth Department. April 19, 1916.) Judgment and order reversed and new trial granted, with costs to appellant to abide event. Held: (1) That upon the issue as to the length of time of employment the verdict of the jury is against the weight of the evidence. (2) That upon the issue of accord and satisfaction the verdict is contrary to the evidence. All concur; Foote, J., not sitting.

---

Mary CANEPARI, as Admx., v. BERN-HEIMER & SCHWARTZ PILSENER BREWING CO. (Supreme Court, Appellate Division, First Department. May 26, 1916.) Motions denied, with $10 costs. Orders filed.

---

In the matter of the claim of Louis CARBONE for compensation under the Workmen's Compensation Law, respt., v. George W. LOFT, employer, and Fidelity & Casualty Company of New York, insurance carrier, applts. (Supreme Court, Appellate Division, Third Department. June 30, 1916.) Award affirmed. All concur, except Lyon and Woodward, JJ., dissenting.

---

Agnes CARLEY, Respt., v. MIDLAND BEACH CO. et al., Applts. (Supreme Court Appellate Division, First Department. May 26, 1916.) Order modified, by directing that the order for examination be modified, so as to authorize the examination only as to the possession, control, and condition of the premises upon which plaintiff claims to have been injured, and, as so modified, affirmed, without costs. No opinion. Settle order on notice.

---

Agnes CARLEY v. MIDLAND BEACH CO. et al. (Supreme Court, Appellate Division, First Department. May 26, 1916.) Motion denied, with $10 costs. Order filed.

---

Joseph P. CARNEY, plaintiff, v. PENN REALTY COMPANY, defendant. (Supreme Court, Appellate Division, Second Department. November 19, 1915.) Motion granted, in so far as it relates to the printing of the record upon the original appeal. In all other respects motion denied, without costs.

---

Joseph P. CARNEY, appellant, v. PENN REALTY COMPANY, respondent. (Supreme Court, Appellate Division, Second Department. June 23, 1916.) Motion denied, with $10 costs.

---

Joseph P. CARNEY, appellant, v. PENN REALTY COMPANY, respondent. (Supreme Court, Appellate Division, Second Department. June 29, 1916.) Motion for stay denied, without costs.

---

Sarah CARPENTER, Applt., v. J. L. PRESCOTT CO., Respt. (Supreme Court, Appellate Division, First Department. June 30, 1916.) Judgment affirmed, with costs. No opinion. Order filed.

---

Walter CARPENTER, Applt., v. J. L. PRESCOTT CO., Respt. (Supreme Court, Appellate Division, First Department. June 30, 1916.) Judgment affirmed, with costs. No opinion. Order filed.

---

Levi CARPENTER, Jr., respt., v. James B. WISE and the City of Watertown, applts. (Supreme Court, Appellate Division, Fourth Department. May 17, 1916.) Order (92 Misc. Rep. 246, 155 N. Y. Supp. 996) affirmed with $10 costs and disbursements, with leave to the defendants to plead over within twenty days, upon payment of the costs of the demurrer and of this appeal. All concur.

---

Levi CARPENTER, Jr., respt., v. Hattie C. WISE. et al., applts. (Supreme Court, Appellate Division, Fourth Department. July 6, 1916.) Motions for leave to appeal to Court of Appeals denied with $10 costs.

---

Charlotte Dillingham CARR, respt., v. Charles H. CARR, applt. (Supreme Court, Appellate Division, Fourth Dearment. May 3, 1916.) Appeal dismissed without costs upon stipulation filed.

---

Stanley N. CARR, applt., v. PENNSYLVANIA R. R. CO., respt. (Supreme Court, Appellate Division, Fourth Department. June 15, 1916.) Judgment affirmed with costs. All concur, except Kruse, P. J., who dissents.

---

Thomas B. CARROLL, Plaintiff-Respondent, v. Max D. BLUM, Defendant-Appellant. (Supreme Court, Appellate Term, First Depart-